UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FOSTER L. ANDERSON, et al | CIVIL ACTION 10-1004 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| DRESSER, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc.#9, is DENIED.**

We note that the Magistrate Judge used language regarding Navarro v. Excel, 48 Fed.Appx. 481 (5th Cir. 2002), citing it as binding precedent. While we do not find it to be binding precedent, for the reasons aptly pointed out by counsel, it is nonetheless well reasoned and correct.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 9th day of September, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE